

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2022

No. 04-22-00329-CR

John Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2058
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's motion to amend his brief is GRANTED. Appellant's First Amended Brief is accepted in lieu of the brief filed on November 16, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court